*ton, ante,* p. 36.

No. 03M77.  PALUMBO *v.* BROWN, WARDEN; and

No. 03M78.  KNIGHT *v.* STEPHENS, DIRECTOR, WASHINGTON STATE DEPARTMENT OF LICENSING, ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03–1230.  AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL.;

No. 03–1234.  MID-CON FREIGHT SYSTEMS, INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL.; and

No. 03–1250.  TROY CAB, INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL.  Ct. App. Mich.  The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 03–7434.  BENITEZ *v.* MATA, INTERIM FIELD OFFICE DIRECTOR, MIAMI, IMMIGRATION AND CUSTOMS ENFORCEMENT. C. A. 11th Cir.  Motion of petitioner for appointment of counsel granted.  John S. Mills, Esq., of Jacksonville, Fla., is appointed to serve as counsel for petitioner in this case.

No. 03–9011.  CORBIN *v.* FLORIDA BAR.  Sup. Ct. Fla.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 986] denied.

No. 03–9675.  STRANGE *v.* NORFOLK SOUTHERN CORP.  C. A. 11th Cir.; and

No. 03–10067.  HOLLAND *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 3d Cir.  Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until June 28, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 03–10311.  IN RE WILSON;

No. 03–10315.  IN RE KELLEY; and

No. 03–10358.  IN RE PARMAR.  Petitions for writs of habeas corpus denied.